**12**

■

**Derrick ROSS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42365.**

Missouri Court of Appeals,
Western District.

April 24, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 29, 1990.

Application to Transfer Denied
July 31, 1990.

David S. Durbin, Appellate Defender,
Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and CLARK
and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 29.15 motion
for postconviction relief after an evidentiary hearing.

Affirmed.   Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Paul A. STRATMAN, Appellant.**

**No. WD 42380.**

Missouri Court of Appeals,
Western District.

April 24, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 29, 1990.

Application to Transfer Denied
July 31, 1990.

Peter J. Koppe, Kansas City, for appellant.

Bruce E. Hahn, Asst. Pros. Atty., Platte
City, for respondent.

Before Manford, P.J., Kennedy and
Ulrich, JJ.

ORDER

PER CURIAM:

Direct appeal from the judgment of conviction   and   sentence   pursuant   to
§ 455.085.4(1), RSMo 1986.

Judgment affirmed.   Rule 30.25(b).